```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Ileanex Hernandez

    v.

Martin & Sheehan, Inc.               Case No. 21-cv-143-AJ

<u>JUDGMENT</u>

In accordance with the Orders dated August 19, 2021, issued by Magistrate Judge Andrea K. Johnstone, judgment is hereby entered.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: August 19, 2021

cc: Counsel of Record